IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICKIE R. HORTON and CINDY L. HORTON,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| VS. | ) )   NO. CV 05-4101-JPG ) |
| **FIRST STATE BANK OF ELDORADO and GLENN DeFUR,** | ) ) ) ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   June 26, 2006

NORBERT JAWORSKI, CLERK

by:s/Deborah Agans
Deputy Clerk


APPROVED: s/ J. Phil Gilbert
U. S. DISTRICT JUDGE